# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0736

_____

LAND 'N SEA DISTRIBUTING, INC.
and INDEMNITY INSURANCE
COMPANY OF NORTH AMERICA,

    Appellants,

    v.

CHAVIS MCDONALD,

    Appellee.

_____

On appeal from the Office of the Judges of Compensation Claims.
Michael J. Ring, Judge.

Date of Accident:  July 10, 2021.

January 22, 2026

PER CURIAM.

    AFFIRMED.

KELSEY, M.K. THOMAS, and LONG, JJ., concur.

_____

    ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael F. Wilkes and Jennifer C. Devine of Jones, Hurley, and Hand, P.A., Maitland, for Appellants.

Michael J. Winer of Winer Law Group, P.A., Tampa, for Appellee.